OLANDER, APPELLEE, *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY, APPELLANT, ET AL.

[Cite as *Olander v. Nationwide Mut. Ins.
Co.* (1996), 76 Ohio St.3d 229.]

(No. 96–59—Submitted July 10, 1996—Decided August 7, 1996.)

*Plymale & Associates* and *Andrew W. Cecil,* for appellee.

*Crabbe, Brown, Jones, Potts & Schmidt, William H. Jones, Stephanie R. Bostos* and *Michael R. Henry,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

230

Moyer, C.J., and Cook, J., dissent.

Stratton, J., not participating.